IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ROBERTO ALVAREZ-RIVERA,<br>aka JESUS ALVAREZ ACOSTA<br><br>  Defendant. | CASE NO. 2:18-cr-00131-KJM<br><br>ORDER RE RESTITUTION AND GARNISHMENT |

# **O R D E R**

The Court, having reviewed the court files and the Parties' Stipulation re Restitution and Garnishment and Joint Motion Authorizing the Deposit of Money into the Court's Deposit Fund (the Stipulation and Joint Motion), and good cause appearing therefrom, herby APPROVES the Stipulation and Joint Motion. Accordingly, IT IS ORDERED that:

1. Defendant shall make an initial payment of $500.00 to the clerk of court upon signing the plea agreement. Defendant shall deliver his $500 initial payment to his counsel, who will hold the payment until the time set forth in paragraph 2, below.

2. Within 15 days following the filing of this Order, Defendant shall begin making $500.00 monthly payments to the clerk of court until entry of a criminal judgment against him. Defendant or his counsel shall deliver the initial $500 payment and his first monthly payment to the clerk's office within

1

STIPULATION RE RESTITUTION,
ETC.: AND ORDER

1  the 15-day deadline time specified in this paragraph.  Defendant's monthly payments are due to the
2  clerk's office by the 30th day following the preceding month's payment.

3    3.  Defendant shall make his payments payable to the "Clerk of the Court" at the Office of
4  the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200,
5  Sacramento, California 95814.  Defendant shall also state the docket number (Case No.: 2:18-cr-00131-
6  KJM) on the payment instrument and, if he desires a payment receipt, shall include a self-addressed,
7  stamped envelope with the payment.  Defendant's monthly payment obligation shall cease once a
8  criminal judgment is entered against him.

9    4.  The clerk of court shall deposit all prejudgment payments received from Defendant into
10 the Court's Deposit Fund.

11   5.  Defendant's prejudgment payments shall remain in the Court's Deposit Fund pending
12 adjudication of this case.  Upon sentencing, the payments shall be applied towards the criminal
13 monetary penalties in the order stated in the Schedule of Payments section of the Judgment in a Criminal
14 Case.

15   6.  A writ of garnishment is issued against defendant Roberto Alvarez-Rivera's (in the name
16 of Jesus Acosta) California Public Employees' Retirement System (CalPERS) retirement account
17 number(s) ███ 6601SRTNDI.  The writ of garnishment shall take effect upon entry of a criminal
18 judgment against the Defendant.  The United States shall serve a copy of this Order within five days
19 from its filing on garnishee CalPERS, located at 400 Q Street, P.O. Box 942701, Sacramento, CA
20 94229-2701 or at the location specified by CalPERS to handle legal process.

21   7.  Upon its receipt of this Order, garnishee CalPERS is directed to withhold and retain
22 twenty-five percent (25%) from Defendant's monthly retirement benefit payments and pay this amount
23 to the clerk of court as specified in paragraph 3, above.  CalPERS payment obligation shall terminate
24 upon the earlier of: payment of the judgment in full; exhaustion of money in Defendant's retirement
25 accounts available for garnishment; or further order of this Court.
26 / / /
27 / / /
28 / / /

8. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

IT IS SO ORDERED.

DATED: July 31, 2018.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION RE RESTITUTION,
ETC.: AND ORDER